IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS - FT. WORTH DIVISION

| | | |
|---|---|---|
| IN RE: | ‖ | CASE NO. 14-44155-RFN13 |
| WILLIAM LONNIE LEWIS, III AKA ANN M TAYLOR AKA ANN ODOM and ANN M. ODOM, | ‖ ‖ ‖ ‖ | CHAPTER 13 |
| Debtor | ‖ | |

RESPONSE TO NOTICE OF AMOUNT DEEMED NECESSARY TO CURE (MID-CASE AUDIT PER LOCAL BANKRUPTCY RULE 3002-2) BY WILMINGTON SAVINGS FUND SOCIETY, FSB, AS TRUSTEE OF STANWICH MORTGAGE LOAN TRUST A

TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:

COMES NOW WILMINGTON SAVINGS FUND SOCIETY, FSB, AS TRUSTEE OF STANWICH MORTGAGE LOAN TRUST A, its successors and/or assigns ("Creditor"), a secured creditor and party in interest, to file its *Response to the Notice of Amount Deemed Necessary to Cure* (the "Notice") filed on 3/12/2018, docket number 110, and responds as follows:

1.  Creditor agrees with the Notice that, as of March 12, 2018 the Trustee has paid $51,700.51 towards Creditor's Proof of Claim number 18*, as set forth in Docket No. 109

2.  Creditor agrees with the Notice that, as of March 12, 2018 the Trustee has paid $5,343.08 towards Creditor's Proof of Claim number 22, as set forth in Docket No. 110.

3.  Creditor states that, as of May 11, 2018, the account is post-petition delinquent due for 2/1/2018. The amount due is for 4 monthly payments at $1,666.02 which totals

*Please note the claim which is the subject of the Response has been acquired by Wilmington Savings Fund Society, FSB. To ensure compliance with Local Bankruptcy Rule. 3002.1-1, Wilmington Savings Fund Society, FSB 's is filing the within the Response, despite the absence of a filed Transfer of Claim.

$6,664.08.

Respectfully Submitted,

By: /s/ Alonzo Z. Casas
    Alonzo Z. Casas, SBN 24097469
    **ATTORNEY FOR CREDITOR**
    550 Westcott, Suite 560
    Houston, Texas 77007
    Telephone: (713) 293-3610
    Facsimile: (713) 293-3636

    ***Mailing Address***
    4375 Jutland Drive, Suite 200  P.O. Box 17933  San Diego, CA 92177-0933

*Please note the claim which is the subject of the Response has been acquired by Wilmington Savings Fund Society, FSB. To ensure compliance with Local Bankruptcy Rule. 3002.1-1, Wilmington Savings Fund Society, FSB 's is filing the within the Response, despite the absence of a filed Transfer of Claim.

# CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing *Response to the Notice of Amount Deemed Necessary to Cure* has been served upon the following parties via electronic means through the Court's CM/ECF system or by pre-paid regular first class U.S. Mail on May 11, 2018.

By: /s/ Alonzo Z. Casas
　　Alonzo Z. Casas

**DEBTOR'S ATTORNEY**
**(via electronic notice)**

Weldon Reed Allmand
Allmand Law Firm, PLLC
860 Airport Freeway, Suite 401
Hurst, TX 76054
lallmand@allmandlaw.com

**DEBTOR**

Ann M. Odom
171 Goodnight Tr
Rhome, TX 76078

William Lonnie Lewis, III
171 Goodnight Trail
Rhome, TX 76078

**TRUSTEE**
**(via electronic notice)**

Pam Bassel
7001 Blvd 26  Suite 150  North Richland Hills, TX 76180  fwch13cmecf@fwch13.com

**U. S. TRUSTEE**
**(via electronic notice)**

*Please note the claim which is the subject of the Response has been acquired by Wilmington Savings Fund Society, FSB. To ensure compliance with Local Bankruptcy Rule. 3002.1-1, Wilmington Savings Fund Society, FSB 's is filing the within the Response, despite the absence of a filed Transfer of Claim.

U.S. Trustee
Department of Justice
1100 Commerce Street   Room 976   Dallas, TX 75242   ustpregion06.da.ecf@usdoj.gov

\*Please note the claim which is the subject of the Response has been acquired by Wilmington Savings Fund Society, FSB. To ensure compliance with Local Bankruptcy Rule. 3002.1-1, Wilmington Savings Fund Society, FSB 's is filing the within the Response, despite the absence of a filed Transfer of Claim.